```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 05320
   LEILA A AQUINO
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-9153


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/16/05 and confirmed on 04/29/05.

     2.  The case was converted to Chapter 7 after confirmation, 11/21/2008.

     3.  The Debtor paid a total of $  29219.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | NOTICE ONLY | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 5545.29 | .00 | 328.70 |
| WELLS FARGO FINANCIAL AC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 23142.62 | 3634.30 | 20956.71 |
| GREAT AMERICAN FINANCE | SECURED | 1000.00 | 157.57 | 905.73 |
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| APPLE FAST CASH PERSONAL | UNSECURED | NOT FILED | .00 | .00 |
| SUNRISE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3968.68 | .00 | .00 |
| AXCESS RCVRY & CREDIT SO | UNSECURED | 614.68 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 420.79 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 744.07 | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 288.00 | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 715.31 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1107.82 | .00 | .00 |
| ILLINOIS CATALOG SALES | UNSECURED | NOT FILED | .00 | .00 |
| MYCASHNOW.COM | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 404.05 | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 29687.91 | .00 | 8263.40 | .00 | 37951.31 |

```
PRINCIPAL PAID          22191.14          .00          .00          .00      22191.14
INTEREST PAID            3791.87          .00          .00          .00       3791.87
TOTAL PAID              25983.01          .00          .00          .00      25983.01
```

The Debtor's attorney, MARK J STAUBER                 , was allowed $    2712.60
and was paid $     751.00   direct and $    1961.60   through the plan.

The Trustee received $    1274.39 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 05320 LEILA A AQUINO